| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

GEORGE GIOUZELIS,

    Plaintiffs,

v.

TARGET CORPORATION,

    Defendants.

Case No. 18-cv-02491-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 2, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 14, 2018.

DESIGNATION OF EXPERTS: November 1, 2018; REBUTTAL: November 19, 2018;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: December 14, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 11, 2019;
    Opp. Due: January 25, 2019; Reply Due: February 1, 2019;
    and set for hearing no later than February 15, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: March 19, 2019 at 3:30 PM.

JURY TRIAL DATE: April 1, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The case has been referred to the Court's mediation program and shall have a mediation scheduled by 10/3/18. The parties shall conduct limited discovery and take plaintiff's deposition on 8/29/18 prior to the mediation session.

1    The parties will file a protective order on Monday, 8/13/18.

2

3    The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects
     of the case, including settlement.  Parties **SHALL** conform to the attached instructions.
4    Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this
     action.

5        **IT IS SO ORDERED**.

Dated: 8/13/18

_____
SUSAN ILLSTON
United States District Judge